UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY ROBINSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>CURRY, et al.,<br><br>            Defendants. | **1:21-cv-01452-ADA-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(ECF No. 15.)**<br><br>**ORDER DISMISSING THIS CASE, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER**<br>**(ECF No. 13.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

Kennedy Robinson ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 12, 2022, findings and recommendations were entered, recommending that this case be dismissed, without prejudice, based on plaintiff's failure to comply with a court order. (ECF No. 15.) Plaintiff was granted fourteen (14) days in which to file objections to the findings and recommendations. (*Id.*) The fourteen-day time period has expired, and plaintiff has not filed objections or any other response to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued by the magistrate judge on September 12, 2022, are adopted in full;
2. This action is dismissed, without prejudice, based on plaintiff's failure to comply with a court order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 17, 2023

UNITED STATES DISTRICT JUDGE